UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MIDWEST AQUATICS, LED., | ) | Case No. 07 B 00199 |
| | ) | |
| *Debtor(s).* | ) | Judge Manuel Barbosa |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, IL 60134

    On: **January 3, 2008**                      Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    Receipts                                          $5,910.55

    Disbursements                                $0.00

    Net Cash Available for Distribution   $5,910.55

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $1,341.06 | $6.92 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $2,355.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority and secured claims totaling $158,043.07 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $1.396%.

Allowed priority claims are:

| Claim Number   Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|
| 2.  IRS  (secured) | $46,718.00 | $652.56 |
| 2.  IRS  (priority) | $89,908.24 | $1,255.86 |
| 3.  IL Dept. of Revenue | $1,452.00 | $20.28 |
| 10. IL Dept. of Employment Security | $19,964.83 | $278.87 |

7.  Claims of general unsecured creditors totaling $74,355.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 0%.

Allowed general unsecured claims are as follows:

| Claim Number   Claimant | Amount of Claim | Proposed Payment |
|---|---|---|
| 1.  Spear Corporation | $3,182.32 | $0.00 |
| 2.  IRS | $34,823.27 | $0.00 |
| 3.  IL Dept. of Revenue | $60.00 | $0.00 |
| 4.  Leslie Pool Supply | $765.35 | $0.00 |
| 5.  Elgin Joliet & Eastern RR | $1,463.42 | $0.00 |
| 6.  Fleet Car Technologies | $18,275.91 | $0.00 |
| 7.  Bank of America | $5,937.43 | $0.00 |
| 8.  Accident Fund | $7,334.00 | $0.00 |
| 9.  Nicor Gas | $2,384.08 | $0.00 |
| 10. IL Dept. Of Employment Security | $130.00 | $0.00 |

8.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The trustee proposes to abandon the following property at the hearing:

Dated:  **December 7, 2007**                                   For the Court,
                                                By: **KENNETH S. GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the U.S. Bankruptcy Court
                                                219 So. Dearborn St., 7th Floor
                                                Chicago, IL 60604

| | |
|---|---|
| Trustee: | Charles J. Myler, ARDC#2008602 |
| Address: | 105 E. Galena Blvd., 8th Floor |
| | Aurora, IL 60505 |
| Phone: | 630-897-8475 |
| Fax: | 630-897-8076 |

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2              Date Rcvd: Dec 07, 2007
Case: 07-00199                Form ID: pdf002             Total Served: 46


The following entities were served by first class mail on Dec 09, 2007.
db            +Midwest Aquatics, Ltd.,    866 St. Charles Street,    Elgin, IL 60120-8362
aty           +Karl A. Johnson,    Law Office of Karl A. Johnson,    4711 West Golf Road,    Suite 807,
                Skokie, IL 60076-1246
aty           +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
                Aurora, IL 60505-3338
tr            +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
                Aurora, IL 60505-3338
11094539       AT&T,    P.O. Box 9001310,    Louisville, KY 40290-1310
11094537       Accident Fund,    P.O. Box 77000,    Dept. 77125,    Detroit, MI 48277-0125
11094538       Acuity Insurance,    2800 South Tyler Drive,    Sheboygan, WI 53081
11094542       BP Amoco,    P.O. Box 70887,    Charlotte, NC 28272-0887
11094540       Bank of America,    FIA Card Services,    formerly MBNA,    POB 3001,    Malvern, PA 19355-0701
11262909       Bank of America/FIA Card Services formerly MBNA,    c/o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701
11094541      +Blue I Technologies,    c/o Melanie C. Leonard,    P.O. Box 4502,    Naperville, IL 60567-4502
11094543       Capital One, F.S.B,    P.O. Box 790217,    Saint Louis, MO 63179-0217
11094544      +Charlene Breitlow,    98 King Arthur Court,    Elgin, IL 60120-9542
11094550       Dell Commercial Credit,    P.O. Box 689020,    Des Moines, IA 50368-9020
11094551       E-Trade Financial,    P.O. Box 5721,    Hicksville, NY 11802-5721
11247480      +Elgin, Joliet & Eastern Railway Company,    600 Grant Street, Suite 1880,
                Pittsburgh, PA 15219-2805
11094552       Elgin, Joliet & Eastern Roadway Com,    P.O. Box 360931,    Pittsburgh, PA 15251-6931
11260359      +Fleet Car Technologies,    555 Airtex Dr E,    Houston, TX 77073-6099
11094553       Ford Motor Credit,    P.O. Box 219825,    Kansas City, MO 64121-9825
11094555      +Fyre Plumbing,    98 King Arthur Court,    Elgin, IL 60120-9542
11094556      +HSBC Card Services,    P.O. Box 17322,    Baltimore, MD 21297-1322
11094560      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
                P O Box 21126,    Philadelphia, PA  19114)
11094557      +Ice Mountain,    6661 Dixie Highway, Suite 4,    Louisville, KY 40258-3950
11094558       Illinois Department of Employment S,    260 E. Indian Trail Road,    Aurora, IL 60505-1733
11094559       Illinois Department of Revenue,    P.O. Box 19447,    Springfield, IL 62794-9447
11213300      +Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street  Level 7-425,
                Chicago, Illinois 60601-3218
11378133      +Illinois Dept of Employment Security,    Attorney General Section - 7th Floor,    33 S. State St.,
                Chicago, IL 60603-2802
11094561      +Jaguar Credit,    Department #193901,    P.O. Box 55000,    Detroit, MI 48255-0001
11094562      +Juergensmeyer & Associates,    1275 Davis Road,    Elgin, IL 60123-1304
11094563       Knowles Publishing, Inc.,    P.O. Box 911004,    Fort Worth, TX 76111-9104
11094564      +LaSalle Bank,    2000 Big Timber Road,    Elgin, IL 60123-1121
11094565      +Leslie Pool Supply,    3925 East Broadway Road #100,    Phoenix, AZ 85040-2976
11094572       MBNA Bank of America,    P.O. Box 15137,    Wilmington, DE 19886-5137
11094566      +Marvin Breitlow,    98 King Arthur Court,    Elgin, IL 60120-9542
11094573       Nextel,    P.O. Box 541023,    Los Angeles, CA 90054-1023
11094575       Office Depot,    P.O. Box 689020,    Des Moines, IA 50368-9020
11094576      +Patrick Hines,    P.O. Box 967,    Elgin, IL 60121-0967
11094578       Platinum Plus for Business,    P.O. Box 15469,    Wilmington, DE 19886-5469
11094579      +Schaefer & Associates,    5516 West Foster Avenue,    Chicago, IL 60630-2201
11094580      +Spear Corporation,    P.O. Box 3,    Roachdale, IN 46172-0003
11094581       Sprint Internet Service,    P.O. Box 219554,    Kansas City, MO 64121-9554
11094582       True Logic/AT&T Wireless,    P.O. Box 4437,    Englewood, CO 80155-4437
11094583      +USBR Online,    848 North Rainbow Blvd. #650,    Las Vegas, NV 89107-1103
The following entities were served by electronic transmission on Dec 08, 2007.
11094549       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                             Com Ed,
                Bill Payment Center,    Chicago, IL 60668-0001
11363088      +E-mail/Text: bankrup@nicor.com                                   Nicor Gas,    PO Box 549,
                Aurora IL 60507-0549
11094574       E-mail/Text: bankrup@nicor.com                                   Nicor Gas,    P.O. Box 2020,
                Aurora, IL 60507-2020
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
                Aurora, IL 60505-3338
11094545*     +Charlene Breitlow,    98 King Arthur Court,    Elgin, IL 60120-9542
11094546*     +Charlene Breitlow,    98 King Arthur Court,    Elgin, IL 60120-9542
11094547*     +Charlene Breitlow,    98 King Arthur Court,    Elgin, IL 60120-9542
11094548*     +Charlene Breitlow,    98 King Arthur Court,    Elgin, IL 60120-9542
11094554*      Ford Motor Credit,    P.O. Box 219825,    Kansas City, MO 64121-9825
11094567*     +Marvin Breitlow,    98 King Arthur Court,    Elgin, IL 60120-9542
11094568*     +Marvin Breitlow,    98 King Arthur Court,    Elgin, IL 60120-9542
11094569*     +Marvin Breitlow,    98 King Arthur Court,    Elgin, IL 60120-9542
11094570*     +Marvin Breitlow,    98 King Arthur Court,    Elgin, IL 60120-9542
11094571*     +Marvin Breitlow,    98 King Arthur Court,    Elgin, IL 60120-9542
11094577*     +Patrick Hines,    P.O. Box 967,    Elgin, IL 60121-0967
                                                                                              TOTALS: 0, * 12

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Dec 07, 2007
Case: 07-00199                 Form ID: pdf002          Total Served: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2007**                    **Signature:**   _Joseph Speetjens_