UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MIDWEST AQUATICS, LTD., | ) | No. 07 B 00199 |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

### TRUSTEE'S FINAL ACCOUNT AND APPLICATION
### TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A".

Trustee's Distribution Report is attached as Exhibit "B".

All checks have been cashed. Form II with a zero balance is attached as Exhibit "C".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

DATE: February 8, 2008                         TRUSTEE

                                               /s/ Charles J. Myler
                                               Charles J. Myler

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MIDWEST AQUATICS, LTD., | ) | No. 07 B 00199 |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final request for the allowance of fees and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | | $1,341.06 |
| 2. | Trustee's expenses | | 6.92 |
| | | TOTAL | $1,347.98 |

IT IS FURTHER ORDERED that the request for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorneys for the Trustee | | |
| | a. Compensation | | $2,355.00 |
| | b. Expenses | | 0.00 |
| 2. | Accountants for the Trustee | | |
| | a. Compensation | | 0.00 |
| | b. Expenses | | 0.00 |
| 3. | Other professional | | |
| | a. Compensation | | 0.00 |
| | b. Expenses | | 0.00 |
| | | TOTAL | $2,355.00 |

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED

DATED THIS _____ DAY OF _____   JAN - 3 2008

John H. Squires Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE


EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MIDWEST AQUATICS, LTD., | ) | Case No. 07 B 00199 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

## DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $3,702.98 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $2,217.31 |
| General Unsecured Claims: | $0.00 |
| Other: | $0.00 |

TOTAL AMOUNT TO BE DISTRIBUTED:    $5,920.29



**DISTRIBUTION REPORT**

| **1. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $4,702.98 | 82.46 |

| **CLAIM NO.  CREDITOR** | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| Charles J. Myler, Trustee | $1,341.06 | $1,341.06 |
| Charles J. Myler, Expenses | 6.92 | 6.92 |
| Myler, Ruddy & McTavish | 3,355.00 | 2,355.00 |

| **2. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | |

| **CLAIM NO.  CREDITOR** | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| **3. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | |

| **CLAIM NO.  CREDITOR** | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| **4. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | $0.00 | |

| **CLAIM NO.  CREDITOR** | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| **5. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions | $0.00 | |

to Employee Benefit Plans

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 6. TYPE OF CLAIMS §507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
|---|---|---|

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 7. TYPE OF CLAIMS §507(a)(6) - Deposits by consumers to the extent of $900 | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
|---|---|---|

| CLAIM NO. CREDITOR | AMOUNT ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 8. TYPE OF CLAIMS §724(b) - Tax Liens | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
|---|---|---|

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 9. TYPE OF CLAIMS §507(a)(7) - Tax claims excluding fines and penalties | TOTAL AMOUNT OF CLAIMS $158,043.07 | FINAL DIVIDEND % 1.403 |
|---|---|---|

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| 2. IRS (secured)) | $46,718.00 | $655.44 |
| 2. IRS (priority) | $89,908.24 | $1,261.40 |
| 3. IL Dept. of Revenue | $1,452.00 | $20.37 |
| 10. IL Dept. of Employment Security | $19,964.83 | $280.10 |

| 10. TYPE OF CLAIMS §507(a)(8) - Capital Commitments to FDIC, et al. | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
|---|---|---|

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|
| **11. TYPE OF CLAIMS** §726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | **TOTAL AMOUNT OF CLAIMS** $74,355.78 | **FINAL DIVIDEND %** 0 |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| 1. Spear Corporation | $3,182.32 | $0.00 |
| 2. IRS | $34,823.27 | $0.00 |
| 3. IL Dept. of Revenue | $60.00 | $0.00 |
| 4. Leslie Pool Supply | $765.35 | $0.00 |
| 5. Elgin Joliet & Eastern RR | $1,463.42 | $0.00 |
| 6. Fleet Car Technologies | $18,275.91 | $0.00 |
| 7. Bank of America | $5,937.43 | $0.00 |
| 8. Accident Fund | $7,334.00 | $0.00 |
| 9. Nicor Gas | $2,384.08 | $0.00 |
| 10. IL Dept. Of Employment Security | $130.00 | $0.00 |
| **12. TYPE OF CLAIMS** §726(a)(3) - Late unsecured claims. | **TOTAL AMOUNT OF CLAIMS** $10,375.00 | **FINAL DIVIDEND %** 0 |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| 11. Blue I Technologies | $0.00 | $0.00 |
| **13. TYPE OF CLAIMS** §726(a)(4) - Fines/penalties | **TOTAL AMOUNT OF CLAIMS** $0.00 | **FINAL DIVIDEND %** |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |
| **14. TYPE OF CLAIMS** §726(a)(5) - Interest (___% from date of filing to anticipated date of distribution (_____) | **TOTAL AMOUNT OF CLAIMS** $0.00 | **FINAL DIVIDEND %** |
| | AMOUNT OF | AMOUNT OF |

| CLAIM NO. | CREDITOR | ALLOWED CLAIM $ | DIVIDEND $ |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: January 3, 2008

/s/ Charles J. Myler
Charles J. Myler, Trustee, ARDC# 2008602

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-00199 5
**Case Name:** MIDWEST AQUATICS, LTD
**Taxpayer ID #:** 36-3994479
**Period Ending:** 01/31/08

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****01-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/07 | {5} | Michael Best, Trust Account | Settlement proceeds | 1121-000 | 5,904.88 | | 5,904.88 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.73 | | 5,907.61 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.94 | | 5,910.55 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.47 | | 5,914.02 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.07 | | 5,917.09 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.01 | | 5,920.10 |
| 01/03/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6000% | 1270-000 | 0.19 | | 5,920.29 |
| 01/03/08 | | To Account #*********0166 | transfer to checking | 9999-000 | | 5,920.29 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 5,920.29 | 5,920.29 | $0.00 |
| Less: Bank Transfers | 0.00 | 5,920.29 | |
| Subtotal | 5,920.29 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $5,920.29 | $0.00 | |


EXHIBIT C

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-00199 5
**Case Name:** MIDWEST AQUATICS, LTD

**Taxpayer ID #:** 36-3994479
**Period Ending:** 01/31/08

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*_\*\*\*\*\*01-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/03/08 | | From Account #\*\*\*\*\*\*\*\*0165 | transfer to checking | 9999-000 | 5,920.29 | | 5,920.29 |
| 01/07/08 | 101 | CHARLES J. MYLER | trustee fee | 2100-000 | | 1,341.06 | 4,579.23 |
| 01/07/08 | 102 | Charles J. Myler | trustee expenses | 2200-000 | | 6.92 | 4,572.31 |
| 01/07/08 | 103 | Myler, Ruddy & McTavish | attorneys for trustee fees | 3110-001 | | 2,355.00 | 2,217.31 |
| 01/07/08 | 104 | IRS | Creditor #11094560 (secured claim) | 5800-000 | | 655.44 | 1,561.87 |
| 01/07/08 | 105 | Internal Revenue Service | Creditor #11094560 (priority claim) | 5800-000 | | 1,261.40 | 300.47 |
| 01/07/08 | 106 | Illinois Department of Revenue | Tax ID#36-3774479 | 5800-000 | | 20.37 | 280.10 |
| 01/07/08 | 107 | Illinois Dept of Employment Security | Acct. #4125518 | 5800-000 | | 280.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,920.29 | 5,920.29 | $0.00 |
| | | | Less: Bank Transfers | | 5,920.29 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,920.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $5,920.29 | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-00199 5
**Case Name:** MIDWEST AQUATICS, LTD
**Taxpayer ID #:** 36-3994479
**Period Ending:** 01/31/08

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****01-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***_*****01-65 | 5,920.29 | 0.00 | 0.00 |
| Checking # ***_*****01-66 | 0.00 | 5,920.29 | 0.00 |
| | $5,920.29 | $5,920.29 | $0.00 |